This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**VINCENT J. LOSACK and**
**HEALING MASSAGE LLC**,

Plaintiffs-Appellants,

v.                                                                          **NO. 35,011**

**SONNY OTERO, LORRAINE**
**OTERO and FELIPE (Phillip)**
**GARCIA**,

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**C. Shannon Bacon, District Judge**

Carey Bhalla
Albuquerque, NM

for Appellants

Gallegos Law Firm, P.C.
J.E. Gallegos
Santa Fe, NM

for Appellees

## MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}     Plaintiffs Vincent J. Losack and Healing Massage LLC appeal the dismissal of their suit involving the rental of retail property located in Bernalillo County. This Court's notice of proposed summary disposition proposed to affirm the district court's order. [CN 6] In response, Plaintiffs have filed a notice that they concur in that proposed disposition. We, therefore, affirm the order of dismissal entered by the district court.

{2}     **IT IS SO ORDERED.**


_____
**RODERICK T. KENNEDY, Judge**


**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**LINDA M. VANZI, Judge**